

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION,**
Appellant

v.

Naomi **MARKHAM,** et al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's motion for en banc reconsideration is **DENIED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk